IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MAYANK MEHTA**

   **Plaintiff,**

                                      CIVIL ACTION

                                      FILE NO.: 8:15-cv-02254-CEH-AEP

v.

**CITIBANK, N.A.**

   **Defendant.**

_____/

### PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

   **COMES NOW** Plaintiff, by and through the undersigned counsel and files this NOTICE advising the Court that the parties have reach an agreement in the resolution of this case and that each party will bear his/her own attorney fees and cost.

   It is requested that the Court retain jurisdiction for 60 days only for enforcement purposes. Respectfully submitted on March 31, 2016.

### Certificate of Service

   I hereby certify that this document has been filed with the Court's electronic filing system that will send a copy to all counsel of record on March 31, 2016.

Respectfully submitted,

**s/W. John Gadd**
FL Bar Number 463061
**Bank of America Building.**
2727 Ulmerton Rd. Ste. 250
Clearwater, FL 33762
Tel – (727)524-6300
Email –wjg@mazgadd.com